UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                         Case No. 11-43435-BKC-RAM
                                                               Chapter 13
Eduardo Acevedo
Kathryn Acevedo

_____Debtor(s)._____/

SECOND OBJECTION TO CLAIM

IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim # | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 12-1 | Bank of America<br>Attn: Bankruptcy Department<br>PO Box 26012<br>NC4-105-02-99<br>Greensboro, NC 27420 | $16,142.42 (Arrears)<br>$53,643.16 (Secured) | The Debtor objects to the arrears and secured portion of Claim No 12 since the collateral attach to this obligation was surrender and foreclosed. If said claim is not amended to reflect a deficiency balance within thirty (30) days, Claim No. 12 should be stricken and disallow in its entirety. |

Dated: December 8, 2014

\*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

CERTIFICATE OF SERVICE AND COMPLIANCE
WITH LOCAL RULE 9073-1(D)

I hereby certify that a true copy of this "Objection to Claim were served on all parties listed below on      December 8, 2014   , and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing.

Via Electronic transmission
Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Via US Mail
Bank of America N.A.
Attn: Bankruptcy Department
PO Box 26012
NC4-105-02-99
Greensboro, NC 27420

Respectfully submitted,

/S/ Andrew Bellinson, Esquire
Andrew Bellinson, Esquire
10800 Biscayne Blvd #925
Miami, Florida 33161
Telephone: 305-663-3281
Facsimile: 305-735-6009
Florida Bar No: 971057