

ORDERED in the Southern District of Florida on February 10, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re:                                                   Case No: 11-43435-BKC-RAM
                                                          Chapter 13

Eduardo Acevedo
Kathryn Acevedo

      Debtor.
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 12 OF BANK OF AMERICA**

**THIS MATTER** having come before the Court on Negative Notice and the Court noting the certificate of no response being filed (D.E. #83) upon the Debtor's Objection to Claim No. 8 of Bank of America, the Court finding good cause shown does,

**ORDERS** as follows:

1. The Debtor's Objection to Claim 8 filed by Bank of America is **SUSTAINED**

    2.  Claim No. 12 of Bank of America is stricken and disallow in its entirety.

###

Attorney Andrew Bellinson is directed to serve a copy of this order to all interested parties and file a certificate of service with the Clerk of the Court.